NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAMBUS INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**GARMIN INTERNATIONAL, INC.,**
*Intervenor,*

AND

**LSI CORPORATION AND SEAGATE TECHNOLOGY
LLC,**
*Intervenors,*

AND

**STMICROELECTRONICS N.V. AND
STMICROELECTRONICS INC.,**
*Intervenors,*

AND

**CISCO SYSTEMS, INC.,**
*Intervenor,*

AND

**HGST, INC.,**
*Intervenor,*

RAMBUS INC. v. ITC                                                    2

**AND**

## HEWLETT-PACKARD COMPANY,
*Intervenor.*

_____

2012-1677

_____

On appeal from the United States International Trade Commission in Investigation No. 337-TA-753.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Hewlett-Packard Company's unopposed motion for leave to intervene out of time,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21